IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS MARK LINDSEY**                                                                 **PLAINTIFF**

v.                                                                           CAUSE NO. 1:08CV637 LG-RHW

**THE CITY OF GULFPORT, MISSISSIPPI, ET AL.**                    **DEFENDANTS**

### FINAL JUDGMENT

This matter having come on to be heard on the Defendants' Motion for Summary Judgment, the Court, after a full review and consideration of the motions, pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants the City of Gulfport, Mississippi, Alan Weatherford, Bryan Watson, and Torrey Johnson. Plaintiff's claims against these Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants Bill Atchinson and James Bailey Halliday. Plaintiff's claims against these Defendants are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 2nd day of February, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE